# AFFIDAVIT OF SHARON M. NORWOOD

## PROOF OF SERVICE

1. My name is Sharon M. Norwood. I am a paralegal with the firm of Holtzman Vogel Baran Torchinsky & Josefiak, LLP. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I make this declaration pursuant to Federal Rule of Civil Procedure 4(*l*), which states that "proof [of service] must be by the server's affidavit." Fed. R. Civ. P. 4(*l*).

3. On March 16, 2023, I served the summons and complaint in State of Florida et al. v. United States Department Justice, Case No. 8:23-cv-00583, on the U.S. Department of Justice, on the Civil Process Clerk at the U.S. Attorney's Office for the Middle District of Florida, and on the Attorney General of the United States by sending those specified items via USPS Certified Mail, as shown on the receipts attached hereto.

4. Under Rule 4(i)(1)-(2), service on all Defendants was effective immediately upon the "send[ing]" of those items via certified mail.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 16, 2023        _____




**UNITED STATES POSTAL SERVICE.**

HAYMARKET
14658 GAP WAY
HAYMARKET, VA 20169-9998
(800)275-8777

03/16/2023                         12:47 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $9.35 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 9.10 oz | | | |
| Expected Delivery Date | | | |
| Fri 03/17/2023 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.15 |
| Tracking #: | | | |
| 70201290000213336003 | | | |
| Return Receipt | | | $3.35 |
| Tracking #: | | | |
| 9590 9402 6366 0296 1051 85 | | | |
| Total | | | $16.85 |
| | | | |
| Priority Mail® | 1 | | $9.35 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 9.00 oz | | | |
| Expected Delivery Date | | | |
| Fri 03/17/2023 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.15 |
| Tracking #: | | | |
| 70201290000213335990 | | | |
| Return Receipt | | | $3.35 |
| Tracking #: | | | |
| 9590 9402 6286 0274 7844 44 | | | |
| Total | | | $16.85 |
| | | | |
| Priority Mail® | 1 | | $10.65 |
| Tampa, FL 33602 | | | |
| Weight: 0 lb 9.00 oz | | | |
| Expected Delivery Date | | | |
| Mon 03/20/2023 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.15 |
| Tracking #: | | | |
| 70201290000213335983 | | | |
| Return Receipt | | | $3.35 |
| Tracking #: | | | |
| 9590 9402 6286 0274 7844 37 | | | |
| Total | | | $18.15 |

Grand Total:                        $51.85

Credit Card Remit                   $51.85
    Card Name: AMEX
    Account #: XXXXXXXXXXX2566
    Approval #: 802447
    Transaction #: 026
    AID: A000000025010801    Chip
    AL: AMERICAN EXPRESS
    PIN: Not Required